[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 378.]

THE STATE EX REL. KING, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. King v. Indus. Comm.*, 2001-Ohio-43.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-1212—Submitted February 27, 2001—Decided April 25, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-605.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would reverse the judgment of the court of appeals.

DOUGLAS, J., dissents.

————————————

*McCrory & Associates Co., L.P.A.,* and *Kurt M. Young*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis H. Behm*, Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Bugbee & Conkle* and *Richard L. Johnson*, for appellee Toledo Stamping & Manufacturing Company.

————————————

1